| 25 | 37. |
| 29 | 190 |
| 25 | 37 |
| 33 | 792 |
| 25 | 37 |
| 39 | 522 |
| 25 | 37 |
| 41 | 701 |

CONVERSE CATTLE COMPANY, PLAINTIFF IN ERROR, V. CAMPBELL & VALENTINE, DEFENDANTS IN ERROR.

1. **Appeal From Justice of the Peace.** Where an appeal is taken from the judgment of a justice of the peace to the district court, the appellant, or his agent, must deliver a transcript of the proceedings to the clerk of the court to which the appeal may be taken, within thirty days next following the rendition of the judgment. *Slaven v. Hellman*, 24 Neb., 646.

2. ———: TRANSCRIPT: PRACTICE. In case such transcript is not filed within the time required by the provisions of section 1011 of the civil code, the district court may, upon motion of the appellee, dismiss the appeal at the cost of the appellant, and remand the cause to the justice of the peace, to be there proceeded with in the same manner as if no appeal had been taken.

ERROR to the district court for Antelope county. Tried below before POWERS, J.

*Holmes & Hays*, for plaintiff in error, cited: Sec. 1011, Code, Comp. Stat., 1887.

*Allen & Robinson*, for defendants in error, cited: *Slaven v. Hellman*, 24 Neb., 646.

REESE, CH. J.

This cause was instituted before a justice of the peace of Antelope county.

On the thirteenth day of September, 1887, a judgment

was rendered in favor of the plaintiff in the action. On the 22d day of the same month, an appeal bond was filed by the defendant, who is plaintiff in error here. On the 28th of October, 1887, a transcript of the proceedings was filed in the district court. Defendant in error, who was the plaintiff in the action before the justice of the peace, filed his motion to dismiss the appeal, because the same was not taken within thirty days after the judgment, as required by law. The motion was sustained and the appeal dismissed. There appears to have been no showing of diligence on the part of the appellant in that case, therefore the decision of the district court in dismissing the appeal was correct. See section 1011 of the civil code. *Slaven v. Hellman*, 24 Neb., 646.

The judgment of the district court is affirmed.

JUDGMENT AFFIRMED.

THE other judges concur.